IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FAMILY ENTERTAINMENT GROUP, LLC § § § Plaintiffs, § § v. § SAGE HOSPITALYT RESOURCES, LLC, § SAGE INVESTMENT HOLDINGS, LLC, § WPH ROCKFORD, LLC and WPH CHERRY § VALLEY, LLC § § Defendants. § | Case No. 11-cv-01920 |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS' TO FILE THEIR RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT**

Defendants Sage Hospitality Resources, LLC, Sage Investment Holdings, LLC, WPH Rockford, LLC and WPH Cherry Valley, LLC ("Defendants") by their attorneys Campbell Killin Brittan & Ray, LLC and for their Motion for Enlargement of Time for Defendants to File Their Responsive Pleadings to Plaintiff's Complaint for Breach of Contract (the "Motion") state as follows:

1. Counsel for the Defendants has conferred with Stuart Krauskopf, counsel for Plaintiff Family Entertainment Group, LLC ("FEG") and been advised by Mr. Krauskopf that Plaintiff does not oppose this request for an enlargement of time.

2. On March 23, the Defendants were served with Plaintiffs' Complaint for Breach of Contract (the "Complaint").

3. The Responsive Pleadings of Defendants to Plaintiff's Complaint are due on April 13, 2011.

4. The parties have been actively working toward a potential settlement of this matter. An extension of the deadline for the Defendants to file their responsive pleadings to the Complaint will facilitate the parties' use of their time, energy and focus towards reaching a final settlement of the pending claims, as opposed to litigation preparation and running up costs and attorneys' fees.

5. In light of the strong potential for resolution of the claims asserted in this matter, Defendants seek an enlargement of the time to file their responsive pleadings to Plaintiff's Complaint until May 6, 2011.

6. As there is no trial date pending in this matter, no unjust delay or prejudice will result to the parties if the Court grants this Motion.

7. Defendants submit a proposed Order with this Motion.

WHEREFORE, the Defendants request that this Court grant them until May 6, 2011 to file their responsive pleadings to Plaintiff's Complaint and for all such other relief which this Court deems appropriate and just.

Respectfully submitted this 11th, day of April 2011.

**CAMPBELL KILLIN BRITTAN & RAY, LLC**

By: *s/ William C. Brittan*
William C. Brittan, #17643
Attorney for Defendant
Sage Hospitality Resources, LLC
Campbell Killin Brittan & Ray, LLC
270 St. Paul Street, Suite 200
Denver, CO 80206
Phone: 303-322-3400
Fax:    303-322-5800
bbrittan@ckbrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2011, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT** was electronically filed and served via LexisNexis and/or deposited in the United States mail, postage prepaid, addressed as follows:

Stuart P. Krauskopf, Esq.
The Law Offices of Stuart Pl Krauskopf, P.C.
414 N. Orleans St., Ste. 210
Chicago, IL  60654


*s/ Mary M. Harbick*
Mary M. Harbick, Legal Assistant